PROVIDENT SAVINGS LIFE ASSURANCE SOCIETY, APPELLEE,
V. CITY OF OMAHA ET AL., APPELLANTS.

FILED OCTOBER 20, 1904.   No. 13,825.

APPEAL from the district court for Douglas county:
ALEXANDER C. TROUP, JUDGE.   *Affirmed.*

*C. C. Wright* and *W. H. Herdman,* for appellants.

*J. J. Sullivan* and *Greene, Breckenridge & Kinsler,* contra.

BY THE COMMISSION.

This case differs from that of *Aachen & Munich Fire Ins. Co. v. City of Omaha, ante,* p. 518, only in the kind of insurance appellee writes.   The decision in that case is decisive of this also.   It is therefore recommended that the judgment of the district court be affirmed.

By the Court: For the reasons stated in the foregoing opinion, it is ordered that the judgment of the district court be

AFFIRMED.